IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

**JUDGMENT IN A CIVIL CASE**

| | |
|---|---|
| **DENNIS W. SEIFNER** ) | |
| ) | |
| **Plaintiff** ) | |
| vs. ) | Civil Case No.  05-4379-CV-C-DW |
| ) | |
| **JO ANNE BARNHART,** ) | |
| **Commissioner of Social Security** ) | |
| ) | |
| **Defendant** ) | |

__X__   **Decision by Court.**  This action came before the Court as a briefed matter. The issues have been reviewed and a decision has been rendered.

ORDERED: the Defendant's Motion to Reverse and Remand is hereby **GRANTED** and the Clerk of the Court is directed to enter final judgment pursuant to Section 405(g) reversing and remanding the decision to the ALJ.

June 30, 2006                                                                                          Patricia Brune
Date                                                                                                        Clerk

                                                                                    By:   /s/ Y. Johnson
                                                                                                Deputy Clerk